JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0281 CW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| JACK ANTHONY WHALEN, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Seth Chazin, that the status hearing presently set for January 20, 2010, be continued to January 29, 2010 at 10:00 a.m.

    The reason for a request for a continuance is that defense counsel continues to investigate the case and review the discovery produced by the government. In particular, defense counsel has recently received documents from a third party related to the defendant's background and requires additional time to review these materials. The parties are also in negotiations concerning a possible resolution of this matter. January 29, 2010 is the earliest practicable date on which the parties and the Court are available. The parties agree that the delay is not attributable to lack of diligent preparation on the part of either party. For these reasons, the

parties request that time under the Speedy Trial Act be excluded based on the defendant's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the waiver covers all time between January 20, 2010 and January 29, 2010.

IT IS SO STIPULATED:

Dated: January 19, 2010                             /S/
                                                    SETH P. CHAZIN
                                                    *Attorney for Whalen*

Dated: January 19, 2010                             /S/
                                                    JOSHUA HILL
                                                    Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for January 20, 2010 is hereby rescheduled for January 29, 2010, at 10:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 20, 2010 and January 29, 2010 would unreasonably deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 20, 2010 and January 29, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between January 20, 2010 and January 29, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 19, 2010                             /s/ Laurel Beeler
                                                    HONORABLE LAUREL BEELER
                                                    United States Magistrate Court Judge