```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JOSHUA HILL (CABN 250842)
    Assistant United States Attorney
 5
        1301 Clay Street, Suite 340-S
 6      Oakland, California 94612
        Telephone:  (510) 637-3740
 7      Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-0281 CW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT |
| JACK ANTHONY WHALEN, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Seth Chazin, that the status hearing presently set for January 29, 2010, be continued to February 5, 2010 at 10:00 a.m., at which time the parties expect to enter a change of plea.

The reason for a request for a continuance is that defense counsel continues to investigate the case and review the discovery produced by the government. In particular, defense counsel continues to review documents from a third party related to the defendant's background and requires additional time to review these materials and communicate his findings to the government. The parties are also in negotiations concerning a possible resolution of this matter. February 5, 2010 is the earliest practicable date on which the parties and the Court are available.

1  The parties agree that the delay is not attributable to lack of diligent preparation on the part of
2  either party.  For these reasons, the parties request that time under the Speedy Trial Act be
3  excluded based on the defendant's need for reasonable time necessary for effective preparation,
4  taking into account the exercise of due diligence.  The parties agree that the waiver covers all
5  time between January 29, 2010 and February 5, 2010.

7  IT IS SO STIPULATED:
8  Dated: January 27, 2010                                                /S/
                                                                SETH P. CHAZIN
9                                                               *Attorney for Whalen*

11  Dated: January 27, 2010                                               /S/
                                                                JOSHUA HILL
12                                                              Assistant United States Attorney

14                                          **ORDER**

15       GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this
16  matter now scheduled for January 29, 2010 is hereby rescheduled for February 5, 2010, at 10:00
17  a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds
18  that failing to exclude the time between January 29, 2010 and February 5, 2010 would
19  unreasonably deny the parties the reasonable time necessary for effective preparation, taking into
20  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds
21  that the ends of justice served by excluding the time between January 29, 2010 and February 5,
22  2010  from computation under the Speedy Trial Act outweigh the best interests of the public and
23  the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between January 29,
24  2010 and February 5, 2010 shall be excluded from computation under the Speedy Trial Act.  18
25  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

27  DATED: January 28, 2010              ___/s/ Laruel Beeler_____
                                         LAUREL BEELER
28                                       United States Magistrate Court Judge