1 JOSEPH P. RUSSONIELLO (CABN 44332)
  United States Attorney
2
  BRIAN J. STRETCH (CABN 163973)
3 Chief, Criminal Division

4 JOSHUA HILL (CABN 250842)
  Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8

9 Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR-09-0281 CW
                                    )
14         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE STATUS
15    v.                            )   CONFERENCE AND EXCLUDE TIME
                                    )   UNDER THE SPEEDY TRIAL ACT
16 JACK ANTHONY WHALEN,             )
                                    )
17         Defendant.                )
                                    )
18 _____

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Seth Chazin, that the status hearing

21 presently set for March 18, 2010, be continued to April ~~8,~~ April 15, 2010 at 10:00 a.m. for further status or

22 change of plea.

23         The reason for a request for a continuance is that defense counsel continues to investigate

24 the case and review the discovery produced by the government.  In addition, the United States

25 Probation Office has proved a pre-plea criminal history only report, which defense counsel must

26 review and verify for accuracy.  The parties are also in negotiations concerning a possible

27 resolution of this matter.  The parties agree that the delay is not attributable to lack of diligent

28 preparation on the part of either party.  For these reasons, the parties request that time under the

1  Speedy Trial Act be excluded based on the defendant's need for reasonable time necessary for
2  effective preparation, taking into account the exercise of due diligence. The parties agree that
3  the waiver covers all time between the date of this stipulation and April ~~8~~ April 15, 2010.

5  IT IS SO STIPULATED:
6  Dated: March 16, 2010                                         /S/
                                                          SETH P. CHAZIN
7                                                         *Attorney for Whalen*

9  Dated: March 16, 2010                                         /S/
                                                          JOSHUA HILL
10                                                        Assistant United States Attorney

12                                              **ORDER**

13      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this
14  matter now scheduled for March 18, 2010 is hereby rescheduled for April ~~8~~ April 15, 2010, at 10:00 a.m.,
15  on the regular criminal duty calendar before Magistrate Judge Donna M. Ryu.  Based upon the
16  representation of counsel and for good cause shown, the Court also finds that failing to exclude
17  the time between March 18, 2010 and April ~~8~~ April 15, 2010 would unreasonably deny the parties the
18  reasonable time necessary for effective preparation, taking into account the exercise of due
19  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served
20  by excluding the time between the date of this stipulation and April ~~8~~ April 15, 2010 from computation
21  under the Speedy Trial Act outweigh the best interests of the public and the defendant in a
22  speedy trial.  Therefore, it is hereby ordered that the time between the date of this stipulation and
23  April 8, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§
24  3161(h)(7)(A) and (B)(iv).

26  DATED: March 17, 2010                                    [signature]
                                                          LAUREL BEELER
27                                                        United States Magistrate Court Judge

-2-