1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8

9  Attorneys for Plaintiff

**FILED**

APR 16 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-09-0281 CW
                                       )
14          Plaintiff,                 )   [PROPOSED] ORDER EXCLUDING
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
15      v.                             )
                                       )
16  JACK ANTHONY WHALEN,               )
                                       )
17          Defendant.                 )
                                       )
18  _____)

19          The above-referenced defendant appeared before this Court on April 15, 2010 to enter a

20  plea of guilty to Count Three of the above-captioned indictment pursuant to a plea agreement

21  under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.  The magistrate court

22  recommended to the district court that it accept the guilty plea.  The matter was set for sentencing

23  on August 11, 2010.  The parties agree that time should be excluded under the Speedy Trial Act

24  between April 15, 2010 and August 11, 2010 to allow time for the Court to consider the plea

25  agreement and to allow time for the preparation of a Presentence Investigation Report by the

26  United States Probation Office.

27  ///

28  ///

[Proposed] Order
CR-09-0281-CW

1    **IT IS HEREBY ORDERED** that time between April 15, 2010 and August 11, 2010 is

2    excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for

3    consideration by the Court of the plea agreement entered into by the defendant and the

4    government and for the Court's review of the Presentence Investigation Report.

5

6    DATED: April 16, 2010

7                            HONORABLE DONNA M. RYU
                               United States Magistrate Court Judge

*The Court further finds that the ends of justice outweigh the defendant's and the public's interests in a speedy trial in this matter.*