IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00281 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| JACK ANTHONY WHALEN, | |
| Defendant. / | |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Jack Anthony Whalen's plea of guilty is accepted by the Court as to Count Three (3) of the Indictment charging Defendant Jack Anthony Whalen with aggravated identity theft in violation of 18 U. S. C. § 1028A.  Sentencing is set for August 11, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 4/29/10

CLAUDIA WILKEN
United States District Judge

cc: DMR; Probation; Wings