IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| United States of America, | ) Case No. CR-09-00281-CW |
| Plaintiff, | ) ORDER AMENDING |
| vs. | ) JUDGMENT |
| JACK ANTHONY WHALEN, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the judgment in this matter shall be amended to reflect on its face that the court recommends that the defendant should be granted 105 days of credit for time served while in custody of the Contra Costa Sheriff's Department from January 20, 2009, through May 4, 2009, because it appears that he was not prosecuted in Contra Costa County and this time was not applied to any other sentence..

**Dated: 2/18/2011**

_____
**THE HONORABLE CLAUDIA WILKEN**